1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT
9                         FOR THE EASTERN DISTRICT OF CALIFORNIA
10  RONALD ADAMS,
11          Plaintiff,                          No. CIV S-07-0707 GEB EFB P
12      vs.
13  SCOTT KERNAN, et al.,
14          Defendants.                         ORDER
15  _____/

16      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.
17  *See* 42 U.S.C. § 1983. On May 15, 2007, the court directed plaintiff to submit 4 copies of the
18  April 13, 2007 endorsed complaint, 3 completed USM-285 forms and a completed summons for
19  the U.S. Marshal to serve defendants. Plaintiff submitted only 3 copies of the USM-285 forms
20  which did not include addresses for serving the defendants. He has failed to comply with the
21  order.
22      It therefore is ORDERED that plaintiff has 20 days from the date of this order either to
23  explain his failure to comply with the May 15, 2007 order, or to submit 4 copies of his April 13,
24  2007 complaint, 3 completed USM-285 forms including addresses for the defendants and 1
25  completed summons. Failure to comply with this order will result in a recommendation that this
26  /////

1  action be dismissed.  The Clerk of the Court is directed to send to plaintiff one copy of the April

2  13, 2007 complaint, 3 blank USM-285 forms and 1 blank summons.

3  Dated:   June 28, 2007.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE