IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ADAMS,

     Plaintiff,                         No. CIV S-07-0707 GEB EFB P

     vs.

SCOTT KERNAN, et al.,

     Defendants.               ORDER

                               /

       Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On September 28, 2007, and October 23, 2007, defendants filed requests for an extension of time to file and serve a response to plaintiff's complaint. *See* Fed. R. Civ. P. 6(b).

       Accordingly, IT IS HEREBY ORDERED that:

       1. Defendants' October 23, 2007, request for an extension of time in which to file and serve a response to plaintiff's complaint is granted. Defendants have 30 days from the date this order is served in which to file their responsive pleading.

////

////

////

1

1     2.  In light of the above, defendants' September 28, 2007, request is moot.

2     So ordered.

3  Dated:  October 29, 2007.

*[signature: Edmund F. Brennan]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2