IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ADAMS,

        Plaintiff,                    No. CIV S-07-0707 GEB EFB P

        vs.

SCOTT KERNAN, et al.,

        Defendants.           ORDER

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants request an extension of time to file and serve a reply to plaintiff's opposition to their motion to dismiss. *See* Fed. R. Civ. P. 6(b).

        Defendants' December 27, 2007, request is granted and defendants have 20 days from the date this order is served to file and serve their reply.

        So ordered.

Dated: January 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE