IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD ADAMS,

      Plaintiff,                              No. CIV S-07-0707 GEB EFB P

      vs.

SCOTT KERNAN, et al.,

      Defendants.                    FINDINGS AND RECOMMENDATIONS

                              /

      Plaintiff is a state prisoner proceeding without counsel in a civil rights action. *See* 42 U.S.C. 1983.

      On August 15, 2007, the court recommended that defendants Summersett, Willey, Ballm, Malfi and Walker be dismissed from this action. For the reasons stated below, those findings and recommendations should have also recommended that defendant Kernan be dismissed.

      On May 15, 2007, the court dismissed plaintiff's claims against defendant Kernan pursuant to 28 U.S.C. § 1915A, with leave to amend. The court informed plaintiff he could proceed against defendants Borges, O'Brian, and Grannis by submitting materials for service within 20 days, but the court would construe his election so to proceed as consent to dismissal of his claims against defendant Kernan without leave to amend.

////

1   On July 9, 2007, plaintiff submitted materials for service of defendants Borges, O'Brian,
2 and Grannis.  The court finds plaintiff has consented to dismissal of claims against defendant
3 Kernan without leave to amend.
4   Accordingly, it is hereby recommended that claims against defendant Kernan be
5 dismissed without prejudice.
6   These findings and recommendations are submitted to the United States District Judge
7 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days
8 after being served with these findings and recommendations, any party may file written
9 objections with the court and serve a copy on all parties.  Such a document should be captioned
10 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
11 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
12 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
13 Dated:  November 19, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE